IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOULEYMANE DIARRA,<br>　　　　Petitioner | : No. 3:25-CV-0964<br>:<br>: (Judge Munley) |
| v. | : |
| J. GREENE,<br>　　　　Respondent | : |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. 11) "for expedited hearing and/or immediate release of Petitioner to home confinement or RRC (Residential Reentry Center)" is **DENIED**.

2. Petitioner's motion (Doc. 13) "for reconsideration of motion for expedited hearing and/or immediate release of Petitioner to home confinement or RRC (Residential Reentry Center)" is **DENIED**.

Date: 10/24/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court